STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
STEPHANIE L. CLARKE (CSB #257961)
JAMEY M.B. VOLKER (CSB #273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:   510/496-0600
Fax: 510/845-1255
Email: svolker@volkerlaw.com
Email: akrieg@volkerlaw.com
Email: sclarke@volkerlaw.com
*Attorneys for Plaintiff*
DESERT PROTECTION SOCIETY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DESERT PROTECTION SOCIETY, | Civ. No. 2:19-cv-00198-TLN-CKD |
|---|---|
| Plaintiff, | **STIPULATION REQUESTING EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE; ORDER THEREON** |
| v. | |
| DEBRA A. HAALAND, et al., | |
| Defendants, | Date:   June 30, 2022 |
| EAGLE CREST ENERGY COMPANY, | Time:   2:00 PM |
| Intervenor-Defendant. | Court:  2 |
| | Judge: Hon. Troy Nunley |

Plaintiff DESERT PROTECTION SOCIETY, Federal Defendants DEBRA A. HAALAND, et al., and Defendant-Intervenor EAGLE CREST ENERGY COMPANY ("Defendant-Intervenor," and collectively with the Federal Defendants, "Defendants") hereby stipulate, and jointly request, that this Court enter an Order amending its Pretrial Scheduling Order filed August 25, 2021 (ECF 23) to extend the current summary judgment briefing schedule and hearing date thereon in the above-referenced action from the current due dates and hearing date as stated in that Pretrial Scheduling Order to the later dates specified below to accommodate Plaintiff's calendar conflicts and need for additional time to coordinate legal positions, as follows:

Stip. Ext. S.J. Br. Sched. & Hrg. Date; Order        1        Case No. 2:19-cv-00198-TLN-CKD

| Task | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's MSJ | April 7, 2022 | April 21, 2022 |
| Defendants' Combined Opp/X-MSJs | May 5, 2022 | May 19, 2022 |
| Plaintiff's Combined Opp/Replies | May 26, 2022 | June 9, 2022 |
| Defendants' Replies | June 16, 2022 | June 30, 2022 |
| Hearing Date | June 30, 2022 | August 11, 2022 |

In support of this Stipulation and Joint Request the undersigned Parties state as follows:

1. Plaintiff's scheduling conflicts necessitate additional time to complete their Motion for Summary Judgment.

2. Plaintiff has not previously requested an extension of this deadline.

3. This extension request is STIPULATED AND UNOPPOSED.

4. The Parties recognize that this adjustment to the summary judgment briefing schedule will necessitate the re-scheduling of the currently calendared hearing date of June 30, 2022, and defer to the Court's decisions as to an appropriate new hearing date, and to any other schedule adjustments. The suggested continued hearing date of August 11, 2022 is made respectfully with this understanding.

6. The Parties submit that granting this extension should not appreciably delay the ultimate resolution of this case.

For the foregoing reasons, the Parties respectfully request that the Court issue an order extending the time for the filing of Plaintiff's summary judgment brief and supporting documents from the current due date, April 7, 2022, until April 21, 2022, and corresponding extensions of the later briefing due dates.

Dated:  March 28, 2022      Respectfully submitted,
                            LAW OFFICES OF STEPHAN C. VOLKER

                            By: */s/ Stephan C. Volker*
                            STEPHAN C. VOLKER
                            *Attorney for Plaintiff*

Dated: March 30, 2022     U.S. DEPARTMENT OF JUSTICE

By: /s/Joseph H. Kim
JOSEPH H. KIM
U.S. Department of Justice
Environment & Natural Res. Div.
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
*Attorneys for Federal Defendants*

Dated: March 30, 2022     FARELLA BRAUN + MARTEL LLP

By: /s/ David J. Lazerwitz
DAVID J. LAZERWITZ
235 Montgomery Street, 17th Floor
San Francisco, California 94104
*Attorneys for Defendant-Intervenor*

## ORDER

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation Requesting Extension of Briefing Schedule and Hearing Date,

The Parties' Joint Request is GRANTED.

The requested 14-day extension of time on the Parties' cross-motions for summary judgment is APPROVED, and the hearing on the parties' cross-motions for summary judgment previously set for June 30, 2022 at 2:00 pm is VACATED and CONTINUED to August 11, 2022 at 2:00 pm.

IT IS SO ORDERED.

DATED: March 30, 2022

_____
Troy L. Nunley
United States District Judge