TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
JOSEPH H. KIM (IL 6243249)
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 305-0207
E-mail: joseph.kim@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT PROTECTION SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA A. HAALAND, et al.,<br><br>Defendants,<br><br>EAGLE CREST ENERGY COMPANY,<br><br>Intervenor-Defendant. | Civ. No. 2:19-cv-00198-TLN-CKD<br><br>**STIPULATION REQUESTING EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER THEREON**<br><br>Date:  August 11, 2022<br>Time:  2:00 PM<br>Court: 2<br>Judge: Hon. Troy Nunley |

Plaintiff DESERT PROTECTION SOCIETY, Federal Defendants DEBRA A. HAALAND, et al., and Defendant-Intervenor EAGLE CREST ENERGY COMPANY ("Defendant-Intervenor," and collectively with the Federal Defendants, "Defendants") hereby stipulate, and jointly request, that this Court enter an Order amending the current scheduling order (ECF 26) to extend the current summary judgment briefing schedule to accommodate calendar conflicts, as follows:

| Task | Current Deadline | Extended Deadline |
|---|---|---|
| Defendants' Combined Opp/X-MSJs | May 19, 2022 | May 26, 2022 |
| Plaintiff's Combined Opp/Replies | June 9, 2022 | June 23, 2022 |
| Defendants' Replies | June 30, 2022 | July 14, 2022 |

In support of this Stipulation and Joint Request the undersigned Parties state as follows:

1. Federal Defendants' scheduling conflicts necessitate additional time to complete their Opposition and Cross-Motion for Summary Judgment.

2. Federal Defendants have not previously requested an extension of this deadline.

3. This schedule adjustment causes ripple effects, and the proposed schedule has been adjusted to accommodate known conflicts with Plaintiff's schedule for their combined opposition and reply.  It is possible that there will be other ripple effects, but they are far enough into the future that the Parties have agreed to defer any further schedule adjustments, and will confer about any further adjustments as those later deadlines become more proximate.

4. At this time, the Parties do not request any adjustment to the summary judgment hearing date of August 11, 2022.  The Parties plan to confer as briefing continues, and the hearing date draws closer, and may then seek a modification of the hearing date.

5. This extension request is STIPULATED AND UNOPPOSED.

6. The Parties submit that granting this extension should not appreciably delay the ultimate resolution of this case.

For the foregoing reasons, the Parties respectfully request that the Court issue an order extending the time for the filing of Defendants' summary judgment brief and supporting documents from the current due date, May 19, 2022, by one week to May 26, 2022, and corresponding extensions of the later briefing due dates.

Dated:  May 13, 2022	Respectfully submitted,
	LAW OFFICES OF STEPHAN C. VOLKER

	By: */s/ Stephan C. Volker*
	STEPHAN C. VOLKER
	*Attorney for Plaintiff*

Dated:  March 13, 2022	U.S. DEPARTMENT OF JUSTICE

	By: */s/ Joseph H. Kim*
	JOSEPH H. KIM
	U.S. Department of Justice

                              Environment & Natural Res. Div.
                              Natural Resources Section
                              P.O. Box 7611 Washington, D.C. 20044
                              *Attorneys for Federal Defendants*

Dated:  March 13, 2022        FARELLA BRAUN + MARTEL LLP

                              By: */s/ David J. Lazerwitz*
                              DAVID J. LAZERWITZ
                              235 Montgomery Street, 17th Floor
                              San Francisco, California 94104
                              *Attorneys for Defendant-Intervenor*

## ORDER

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation Requesting Extension of Briefing Schedule,

The Parties' Joint Request is GRANTED.

IT IS SO ORDERED.

DATED:  May 13, 2022

                                                          Troy L. Nunley
                                                          United States District Judge