Stephan C. Volker (CBN 063093)
Alexis E. Krieg (CBN 254548)
Stephanie L. Clarke (CBN 257961)
Jamey M.B. Volker (CBN 273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, CA 94703
Tel: 510/496-0600
Fax:  510/845-1255
svolker@volkerlaw.com

Attorneys for Plaintiff Desert Protection Society

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT PROTECTION SOCIETY,<br><br>    Plaintiff,<br><br>      v.<br><br>DEBRA A. HAALAND, et al.,<br><br>    Defendants,<br><br>EAGLE CREST ENERGY COMPANY,<br><br>    Intervenor-Defendant. | Civ. No. 2:19-cv-00198-TLN-CKD<br><br>**STIPULATION REQUESTING EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER THEREON**<br><br>Date: August 11, 2022<br>Time: 2:00 PM<br>Court: 2<br>Judge: Hon. Troy Nunley |

Plaintiff DESERT PROTECTION SOCIETY, Federal Defendants DEBRA A. HAALAND, et al., and Defendant-Intervenor EAGLE CREST ENERGY COMPANY ("Defendant-Intervenor," and collectively with the Federal Defendants, "Defendants") hereby stipulate, and jointly request, that this Court enter an Order amending the current scheduling order (ECF 29) to extend the current summary judgment briefing schedule to accommodate Plaintiff's counsel's medical exigency, as follows:

| Task | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Combined Opp/Replies | June 23, 2022 | July 25, 2022 |
| Defendants' Replies | June 30, 2022 | August 25, 2022 |

In support of this Stipulation and Joint Request the undersigned Parties state as follows:

1. Plaintiff's counsel's unexpected medical exigency necessitates additional time to complete its Combined Opposition and Reply Briefs and related documents in Support of Summary Judgment.

2. Plaintiff has not previously requested an extension of this deadline.

3. This schedule adjustment causes ripple effects, and the proposed schedule has been adjusted to accommodate known conflicts with Defendants' schedule for their replies.  It is possible that there will be other ripple effects, but they are far enough into the future that the Parties have agreed to defer any further schedule adjustments, and will confer about any further adjustments as those later deadlines become more proximate.

4. At this time, the Parties request an adjustment to the summary judgment hearing date of August 11, 2022, and propose a new summary judgment hearing date of September 8, 2022. The Parties plan to confer as briefing continues, and the hearing date draws closer, and may then seek a modification of the hearing date.

5. This extension request is STIPULATED AND UNOPPOSED.

6. The Parties submit that granting this extension should not appreciably delay the ultimate resolution of this case.

For the foregoing reasons, the Parties respectfully request that the Court issue an order extending the time for the filing of Plaintiff's combined opposition and reply summary judgment briefs and supporting documents from the current due date, June 23, 2022, by 32 days to July 25, 2022, and corresponding extension of the due date for Defendants' reply briefs to August 25, 2022.

Dated:  June 21, 2022

Respectfully submitted,
LAW OFFICES OF STEPHAN C. VOLKER

By: */s/ Stephan C. Volker*
STEPHAN C. VOLKER
*Attorney for Plaintiff*

Dated:  June 21, 2022

U.S. DEPARTMENT OF JUSTICE

By: */s/ Joseph H. Kim*
JOSEPH H. KIM
U.S. Department of Justice
Environment & Natural Res. Div.
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
*Attorneys for Federal Defendants*

Dated:  June 21, 2022

FARELLA BRAUN + MARTEL LLP

By:  */s/ David J. Lazerwitz*
DAVID J. LAZERWITZ
235 Montgomery Street, 17th Floor
San Francisco, California 94104
*Attorneys for Defendant-Intervenor*

**ORDER**

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation Requesting Extension of Briefing Schedule,

The Parties' Joint Request is GRANTED.

The August 11, 2022, hearing at 2:00 p.m. on the parties' cross motions for summary judgment is VACATED, and that hearing is reset for September 8, 2022 at 2:00 p.m.

IT IS SO ORDERED

DATED:  June 21, 2022

Troy L. Nunley
United States District Judge