David J. Lazerwitz (State Bar No. 221349)
Linda T. Sobczynski (State Bar No. 307107)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dlazerwitz@fbm.com
       lsobczynski@fbm.com

Attorneys for Defendant-Intervenor
EAGLE CREST ENERGY COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DESERT PROTECTION SOCIETY, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; KAREN MOURITSEN, in her official capacity as State Director of the United States Bureau of Land Management for California; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; and UNITED STATES DEPARTMENT OF THE INTERIOR, a federal agency,<br><br>Defendants,<br><br>and<br><br>EAGLE CREST ENERGY COMPANY, INC.<br><br>Defendant-Intervenor. | Case No. 2:19-cv-00198-TLN-CKD<br><br>**STIPULATION REQUESTING MODIFIED PAGE LIMITS; ORDER THEREON**<br><br>The Hon. Troy L. Nunley<br><br>Hearing Date: September 8, 2022<br>Time: 2:00 pm<br>Crtrm.: 2, 15th Floor |

Plaintiff DESERT PROTECTION SOCIETY, Federal Defendants DEBRA A. HAALAND, et al., and Defendant-Intervenor EAGLE CREST ENERGY COMPANY ("Defendant-Intervenor," and collectively with the Federal Defendants, "Defendants") hereby

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION REQUESTING MODIFIED PAGE LIMITS; ORDER THEREON

36506\14973063.1
Case No. 2:19-cv-00198-TLN-CKD

stipulate, and jointly request, that this Court enter an Order modifying the Pretrial Scheduling Order (ECF No. 23) to provide additional page limits for Defendants' Reply Briefs from ten (10) pages to twenty (20) pages each, not including the caption page, table of contents and table of authorities.

In support of this Stipulation and Joint Request, the undersigned Parties state as follows:

1. The Pretrial Scheduling Order sets forth a page limit of 70 pages for each Party's combined briefs. ECF No. 23, Paragraph 7.

2. The Parties' combined briefs stayed well within the bounds of the Court's seventy (70) page limit.

3. Plaintiff's Memorandum of Point and Authorities in Support of Motion for Summary Judgment is thirty (30) pages, not including the caption page, table of contents and table of authorities. ECF No. 27-1.

4. Federal Defendants' Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment is twenty-seven (27) pages, not including the caption page, table of contents and table of authorities. ECF No. 30.

5. Defendant-Intervenor's Combined Opposition to Plaintiff's Motion for Summary Judgment and Memorandum of Points and Authorities in Support of Cross-Motion for Summary Judgment is thirty-five (35) pages, not including the caption page, table of contents and table of authorities. ECF No. 31-1.

6. Plaintiff's Memorandum of Point and Authorities in Opposition to Defendants' Cross-Motions for Summary Judgment and in Reply in Support of Plaintiff's Motion for Summary Judgment is thirty-four (34) pages, not including the caption page, table of contents and table of authorities. ECF No. 34.

7. The Scheduling Order does not set forth page limits for Defendants' Reply Briefs. ECF No. 23.

8. Per the Court's Case Management Procedures, reply briefs are limited to ten (10) pages.

9. Plaintiffs and Defendants agree that additional page limits are required to respond

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION REQUESTING MODIFIED PAGE LIMITS; ORDER THEREON

2

36506\14973063.1
Case No. 2:19-cv-00198-TLN-CKD

to the issues presented in Plaintiff's Memorandum of Point and Authorities in Opposition to Defendants' Cross-Motions for Summary Judgment and in Reply in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 34).

      10.    Per the Court's Case Management Procedures, this request for increased page limits is sought fourteen (14) days prior to the filing of Defendants' Reply Briefs, currently due on August 25, 2022.

      11.    This request for increased page limits is STIPULATED and UNOPPOSED.

For the foregoing reasons, the Parties respectfully request that the Court issue an order increasing the page limits for Federal Defendants' and Defendant-Intervenor's reply briefs to twenty (20) pages each, not including the caption page, table of contents and table of authorities.

Respectfully submitted,

DATED: August 11, 2022           LAW OFFICES OF STEPHAN C. VOLKER

By: */s/ Stephan C. Volker*
STEPHAN C. VOLKER
*Attorney for Plaintiff*

DATED: August 11, 2022           U.S. DEPARTMENT OF JUSTICE

By: */s/ Joseph H. Kim*
JOSEPH H. KIM
U.S. Department of Justice
Environment & Natural Res. Div.
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
*Attorneys for Federal Defendants*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION REQUESTING MODIFIED PAGE LIMITS; ORDER THEREON

3

36506\14973063.1
Case No. 2:19-cv-00198-TLN-CKD

DATED: August 11, 2022                           FARELLA BRAUN + MARTEL LLP

By: /s/ David J. Lazerwitz
DAVID J. LAZERWITZ
235 Montgomery Street, 17th Floor
San Francisco, California 94104
*Attorneys for Defendant-Intervenor*

## ORDER

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation Requesting Modified Page Limits;

The Parties' Joint Request is GRANTED.

IT IS SO ORDERED.

DATED: August 11, 2022

Troy L. Nunley
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION REQUESTING MODIFIED PAGE LIMITS; ORDER THEREON    4    36506\14973063.1
Case No. 2:19-cv-00198-TLN-CKD